ORIGINAL **FILED**
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN HERNANDEZ,           )   CV 08      1979
                              )
          Plaintiff,          )   CASE NO.
                              )
     v.                       )   PRISONER'S
                              )   IN FORMA PAUPERIS
B. CURRY, Warden, B.P.H. COM- )   APPLICATION
MISSIONERS,                   )
          Defendant.          )                    PJH
                              )                    (PR)
                                   E-filing

I, BENJAMIN HERNANDEZ, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes  x    No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _$20 per mo.___   Net: _$20 per mo.___

Employer: APPLICANT IS A PRISONER IN C.D.C.R. AND WORKS A PRISON JOB.

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

(rev. 5/96)                        1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes _____ No _X_

    b. Income from stocks, bonds, or royalties?     Yes _____ No _X_

    c. Rent payments?     Yes _____ No _X_

    d. Pensions, annuities, or life insurance payments?     Yes _____ No _X_

    e. Federal or State welfare payments, Social Security or other government source?     Yes _____ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?    Yes _____ No _X_ **DIVORCED**

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a. List amount you contribute to your spouse's support:

$ _____

     b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5. Do you own or are you buying a home?    Yes _X_ **IN MEXICO.** No _____

Estimated Market Value: $ **50,000**    Amount of Mortgage: $ **PAID.**

6. Do you own an automobile?    Yes _____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

(rev. 5/96)            2

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____   No _X_

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?   Yes _____   No _____   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes _____   No _____

_____

8. What are your monthly expenses?

Rent: $ _____   Utilities: _____

Food: $ _____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

_____ _NO._ _____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

MARCH 24, 2008                    -Hernandez Benjamin
    DATE                          SIGNATURE OF APPLICANT

(rev. 5/96)                                                  3

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __HERNANDEZ E51808__ for the last six months at
[prisoner name]

__CORRECTIONAL TRAINING FACILITY__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __36.95__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __340.47__

Dated: __4-8-08__             __Brenda Nation Acct Technician__
                              Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST: 4-8-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __Brenda Nation__
TRUST OFFICE
Acct Technician

```
REPORT ID: TS3030 .701                                              REPORT DATE: 04/02/08
                                                                    PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CTF SOLEDAD/TRUST ACCOUNTING
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 03, 2007 THRU APR. 02, 2008

ACCOUNT NUMBER   : E51808                  BED/CELL NUMBER: CFZWT300000319L
ACCOUNT NAME     : HERNANDEZ, BENJAMIN     ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION       COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----   ----  -----------       -------     ---------   --------   -----------   -------
11/03/2007   BEGINNING BALANCE                                                   284.07
11/03  D554  INMATE PAYROL    1419 P10                   20.00                   304.07
11/13  FC01  DRAW-FAC 1       1536 ML                                65.00       239.07
11/21* D300  CASH DEPOSIT     1638 78195                100.00                   339.07
12/06  D554  INMATE PAYROL    1752 P 8                   12.50                   351.57
12/06  D554  INMATE PAYROL    1752 P 8                    7.50                   359.07
12/10  FC01  DRAW-FAC 1       1811 ML                                65.00       294.07
12/12  W450  DONATION-VETE    1842 PLAZA                             23.50       270.57
12/27  D300  CASH DEPOSIT     2005 68840                100.00                   370.57
ACTIVITY FOR 2008
01/03  D554  INMATE PAYROL    2036 P11                   20.00                   390.57
01/08  FC01  DRAW-FAC 1       2085 ML                                50.00       340.57
01/08  D300  CASH DEPOSIT     2111 67334                  50.00                  390.57
01/10  W389  DONATION - YO    2135 FBB-C                             11.75       378.82
01/12  W385  DONATION AA G    2171 GRP-D                             16.95       361.87
01/28  W536  COPAY CHARGE     2375 88252                               5.00      356.87
01/28  W415  CASH WITHDRAW    2379 JAN08   203437708                 65.00       291.87
02/05  D554  INMATE PAYROL    2469 P18                   20.00                   311.87
02/11  FC01  DRAW-FAC 1       2558 ML                                60.00       251.87
02/21  D300  CASH DEPOSIT     2702 8612                   80.00                  331.87
02/26  W536  COPAY CHARGE     2767 88250                                5.00     326.87
03/05  D554  INMATE PAYROL    2854 P4                    20.00                   346.87
03/10  FC01  DRAW-FAC 1       2934 ML                                30.00       316.87
03/11  W536  COPAY CHARGE     2955 97781                                5.00     311.87
03/11  D300  CASH DEPOSIT     2960 68557                 40.00                   351.87
03/13  D300  CASH DEPOSIT     2995 68589                 50.00                   401.87

                              TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL          TOTAL          CURRENT       HOLDS          TRANSACTIONS
BALANCE        DEPOSITS       WITHDRAWALS    BALANCE       BALANCE        TO BE POSTED
---------      --------       -----------    -------       -------        ------------
  284.07        520.00          402.20        401.87        0.00              0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                               401.87
```



CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-8-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE
   Acct Technician