UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN HERNANDEZ,

        Petitioner,

  vs.

B. CURRY, Warden,

        Respondent.
                                  /

No. C 08-1979 PJH (PR)

**ORDER FOR PETITIONER TO SHOW CAUSE WHY PETITION SHOULD NOT BE SUMMARILY DENIED**

        This is a habeas case filed pro se by a state prisoner. Respondent's motion to dismiss as mixed was granted. Petitioner was informed of his options, and has elected to proceed with the only exhausted issue, his claim that the use of a "some evidence" standard by the Board and by the reviewing courts violated due process. The claim that use of that standard by the appellate courts violated due process is clearly without merit. *See Sass v. California Bd. of Prison Terms*, 461 F.3d 1123, 1129 (9th Cir. 2006) (adopting "some evidence" standard for appellate review of due process claims arising from parole eligibility hearings).

        It theoretically possible that the Board of Prison Hearings used a "some evidence" standard to decide whether to deny parole, and possible that doing so would violate due process, but there is nothing in the petition or attachments that shows the Board did use that standard.[1]  In the absence of evidence that the Board used a "some evidence"

---

[1] The California case of *In re Powell*, 45 Cal.3d 894 (1988), relied upon extensively by petitioner, does not adopt "some evidence" as the standard of decision for California parole boards, but rather adopts it as the standard of review for California appellate courts. *Id.* at 903-04.

standard of decision, the claim is without merit and should be summarily denied. Petitioner therefore shall show cause within thirty days of the date this order is entered why the petition should not be summarily denied; to do so, he must show that the Board in his hearing used a "some evidence" standard of decision. If he does not respond, or is unable to show that the Board in his hearing used the "some evidence" standard as a standard of decision, the petition will be summarily denied.

**IT IS SO ORDERED.**

Dated: April 14, 2010.

           PHYLLIS J. HAMILTON
           United States District Judge

P:\PRO-SE\PJH\HC.08\HERNANDEZ,B1979.osc2.wpd