UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

BENJAMIN HERNANDEZ,

    Petitioner,

vs.

B. CURRY, Warden,

    Respondent.
    _____/

No. C 08-1979 PJH (PR)

**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

This is a habeas case filed pro se by a state prisoner. The petition was directed to a denial of parole. The court denied the petition on the merits and denied a certificate of appealabiliity. Petitioner has asked the Ninth Circuit to grant a COA; that court has not yet ruled on the motion. Petitioner cannot appeal unless a COA is issued. The motion for leave to proceed IFP on appeal therefore is **DENIED** as moot. Petitioner may renew the motion in the court of appeals if that court issues a COA.

**IT IS SO ORDERED.**

Dated: March 7, 2011.

                PHYLLIS J. HAMILTON
                United States District Judge

P:\PRO-SE\PJH\HC.08\HERNANDEZ,B1979.IFP-APP.wpd